384 A.2d 980

Avco Financial Services Consumer Discount Company v. Nassif, Appellant, et al.

Argued November 14, 1977. Frederick B. Gieg, Jr., with him Gieg & Gieg, for appellant; Neil B. Murchison, with him Sullivan and Murchison, for appellee.

Order affirmed.